UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL J. SULLIVAN,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 3:12-cv-05181-RBL-KLS

ORDER AFFIRMING DEFENDANT'S DECISION TO DENY BENEFITS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation;

(2)    the administrative decision is AFFIRMED;

(3)    the 35 pages in the record concerning plaintiff's father (AR 310-44) shall be struck from the record; and

(4)    the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 22nd day of March, 2013.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1